# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129731

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TROY DENIRO GILLAM,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129731
COA: 264388
Kalamazoo CC: 04-000183-FC

On order of the Court, the application for leave to appeal the September 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219